File Hashes for IP Address 98.214.100.57

**ISP:** Comcast Cable
**Physical Location:** Peoria, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/23/2013 08:08:30 | 060184206D43B879964BC0C6019DA64AF735DC45 | Heart and Soul |
| 01/23/2013 07:50:32 | 6F9F5A2F715A713AAF479137716C2336064EE7D6 | Yoga Master and Student |
| 01/23/2013 07:18:59 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 01/21/2013 08:16:17 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |
| 12/30/2012 06:02:08 | 1A8E3E61CD5AC38AD481868D9F676F31BED03A4B | Unforgettable View #1 |
| 12/27/2012 01:05:36 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 10/03/2012 04:39:44 | 7254D128AF302C25C973DFBA0C15AEE70A03E525 | Blonde Ambition |
| 10/02/2012 04:15:47 | E618831736A16B827DF5D93C5167A8989E864F36 | First Love |
| 09/23/2012 15:43:30 | 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E | Black Lingerie Bliss |
| 08/17/2012 05:58:00 | 59B055030FECE5E3D821B0DA42E9B35F02632B31 | Connie True Love |
| 08/17/2012 02:11:49 | EF962ECC5267B3E8C88D9C611FC159F4A4D97EF8 | Lunchtime Fantasy |
| 05/31/2012 15:39:10 | C9255BEF6851F39C0879F3C65DC851CE9ADCA38F | Like The First Time |
| 05/31/2012 15:37:30 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | Tiffany Sex With A Supermodel |
| 05/31/2012 15:35:51 | 661F6B7C4BB43CFDCF04B5F2922162C481DCB878 | California Dreams |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

CIL18