Copyrights-In-Suit for IP Address 98.214.100.57

**ISP:** Comcast Cable
**Location:** Peoria, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 09/23/2012 |
| Blonde Ambition | PA0001779796 | 03/05/2012 | 03/06/2012 | 10/03/2012 |
| California Dreams | PA0001780564 | 03/12/2012 | 03/12/2012 | 05/31/2012 |
| Connie True Love | PA0001775903 | 02/08/2012 | 02/17/2012 | 08/17/2012 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 10/02/2012 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 01/23/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 01/23/2013 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 05/31/2012 |
| Lunchtime Fantasy | PA0001781702 | 03/19/2012 | 03/19/2012 | 08/17/2012 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/21/2013 |
| Tiffany Sex With A Supermodel | PA0001762022 | 02/23/2011 | 11/21/2011 | 05/31/2012 |
| Unforgettable View #1 | PA0001817759 | 12/07/2012 | 12/16/2012 | 12/30/2012 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/27/2012 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/23/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 14**

EXHIBIT B

CIL18