Expanded Surveillance of IP Address 98.214.100.57

**ISP:** Comcast Cable
**Location:** Peoria, IL

| Hit Date UTC | Filename |
|---|---|
| 02/03/2013 | Exclusive Teen Porn – Amazing Teen Porn HD 720p |
| 02/03/2013 | CollegeRules  Studying Sex |
| 02/01/2013 | PervsOnPatrol  Kennedy Leigh |
| 02/01/2013 | Independent.Lens.S14E07.The.Revisionaries.XviD-DAVECOM.avi |
| 02/01/2013 | Freelancers 2012 Spanish.DVD.[480p] – BiDA |
| 02/01/2013 | Life.of.Pi.2012.DVDSCR |
| 02/01/2013 | [Zero-Raws] Zetsuen no Tempest – 06 (MBS 1280x720 x264 AAC).mp4 |
| 02/01/2013 | Kaspersky Anti-Virus 2013 v13.0.1.4190 Final Incl Trial Reset |
| 02/01/2013 | Blondie anal casting |
| 02/01/2013 | shemale-kourtney-the-devil-made-me-do-itavi-xxx.avi |
| 02/01/2013 | Argo 2013.French R5 XviD-ExtraTorrentRG |
| 02/01/2013 | Bachelorette.2012.DVDRIP.XVID.AC3.5.1-HS.avi |
| 02/01/2013 | [Chuunibyou demo Koi ga Shitai!][12][D-MX][1440x1080][x264-10bit_AAC].mkv |
| 02/01/2013 | MiaGun – Fuck like a Bitch.mp4 |
| 02/01/2013 | Get.the.Gringo.2012.720p.BRRip.XViD.AC3-NYDIC |
| 02/01/2013 | cr11181_800.mp4 |
| 02/01/2013 | Defloration.12.12.13.Vera.Virgin.Massage.2.XXX.720p.MP4 |
| 02/01/2013 | The.Amazing.Spider-Man.2012.[ENG].DVDRip.SeXTaNt |
| 02/01/2013 | dani-mathers-basking-beauty-plusplayboy-2013-hd-xxx.mp4 |
| 02/01/2013 | Its my time now (Dante_W_LP_) |
| 02/01/2013 | Club.Sandy.Tess.Lyndon.All.Wet.XXX.pornalized.com.wmv |
| 02/01/2013 | noashjohnny_qt.mp4 |
| 02/01/2013 | Dark Canvas – A Brush With Death Collectors Edition.rar |
| 02/01/2013 | Convert Photo to Pencil Sketch ^ |
| 02/01/2013 | The Amazing Spider-Man 2012 DVDRiP XviD AC3-REFiLL |
| 02/01/2013 | Le.Hobbit.un.voyage.inattendu.2012.BRRip.Xvid-Anarchy |
| 02/01/2013 | Abraham.Lincoln.Vampire.Hunter.2012.DVDRip.XviD-ALLiANCE |
| 01/27/2013 | Killergram Michelle Moist Cream My Cunt.wmv |
| 01/26/2013 | X-Art – Inside Perfection – Angelica [720p].mov |
| 01/24/2013 | Climax Blues Band 1994 – 25 Years (Disc 1) |
| 01/24/2013 | BangBus_Christy_Mack_1500.mp4 |
| 01/23/2013 | 18YearsOld – Smoking Hot April.wmv |
| 01/23/2013 | Men in Black 3 {2012} DVDxRIP. Jaybob |
| 01/23/2013 | Battle For Aqua shooter adventure computer game for PC  free download new 2012 |
| 01/23/2013 | X-Art – Heart And Soul – Connie [720p].mov |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 01/23/2013 | Audrey.Bitoni.Deep.Throat.Fantasy.DeepThroatLove.2013.HD_iyutero.com.wmv |
| 01/23/2013 | Sabrina.Teen.Sabrina.Fingered.By.Her.Trainer.MySexyKittens.2013_iyutero.com.mp4 |
| 01/23/2013 | Life of Pi (2012) DVDRip XviD EDAW2013 |
| 01/23/2013 | Universal Soldier - The Return (1999) 720p BrRip x264 [ HINDI ] ® I'm Loser ® |
| 01/23/2013 | BackroomCastingCouch - Ambushed and Assfucked - Gina, Journey.wmv |
| 01/23/2013 | Binky_750.mp4 |
| 01/23/2013 | Orgasms.12.12.18.Victoria.P.3.30.Am.XXX.1080p.MP4 |
| 01/23/2013 | X-Art - Yoga Master - Teacher (Mira) XXX (2013) |
| 01/22/2013 | Die Zeit 2007 10.pdf |
| 01/22/2013 | Battle Of The Asses Two  Austin Taylor |
| 01/21/2013 | GloryHole.12.12.04.Annika.Albrite.XXX.720p.x264-SEXORS[rbg] |
| 01/21/2013 | X-Art - Spur of the Moment - Ivy [1080p].mov |
| 01/21/2013 | [Leopard-Raws] Kotoura-san ED (MX 1280x720 x264).mp4 |
| 01/20/2013 | Killergram - Space Hopping For Cock - Michelle Moist.wmv |
| 01/20/2013 | pwg11192_800-chkm8te.mp4 |
| 01/20/2013 | 13.01.18.Kendra Lust_NaughtyOffice.mp4 |
| 01/19/2013 | The.uneXplained.S01E08.Trapped.in.His.Body.HDTV.x264-tNe.mp4 |
| 01/19/2013 | Hegre-Art.09.08.25.Christiana.Rolling.In.A.Round.Bed.XXX.720p.MOV-KTR[rbg] |
| 01/19/2013 | Pawg Nicole Aniston Has A Perfect Ass.mp4 |
| 01/19/2013 | The Raven 2012 BRRip AC3 XViD-RemixHD |
| 01/19/2013 | G.I. Joe-Conspiration(2012) BluRay HD 720 P 264P BRAVO |
| 01/19/2013 | pwg11068_800.mp4 |
| 01/19/2013 | VA - Mega Super Top Of Pop (2011)[TeNeBrA] |
| 01/19/2013 | Taylor Swift - Red [2012-Single] iTunes Mp3+M4a NimitMak SilverRG.zip |
| 01/19/2013 | Melanie_Rios_Vouyer_Nation_Caught_On_Camera.avi |
| 01/19/2013 | Carr John Dickson - Der Teufel in Samt.rar |
| 01/19/2013 | Best New Starlets 2013.mp4 |
| 01/19/2013 | MyFriendsHotGirl  Maddy Oreilly wmv |
| 01/19/2013 | Shiv amritwani {Shrivastava} {HRG} |
| 01/19/2013 | 3Dsexvilla actvited |
| 01/19/2013 | PC_XCOM.Enemy.Unknown.Rip.-TPTB |
| 01/15/2013 | OverBoard PostAlpha.rar |
| 01/15/2013 | The Twilight Saga Breaking Dawn Part 2 2012 CAMRip XViD-RiseS |
| 01/15/2013 | Annika.Albrite.Bathtub.beauty.MonsterCurves.2012_iyutero.com.mp4 |
| 01/15/2013 | ArgusoogRadio-20120817-TheWatermanFiles_Stew_Webb.zip |
| 01/15/2013 | WakeUpNFuck.E83.Tina.Blade.mp4 |
| 01/14/2013 | The.Colbert.Report.2012.05.29.Charlize.Theron.HDTV.x264-LMAO.[VTV].mp4 |
| 01/14/2013 | Cameron.Dee.Cameron.Dee.Loves.To.Swallow.BigMouthFuls.10.12.12.HD.mp4 |
| 01/13/2013 | MassageGirls18.12.10.06.Callie.XXX.720p.WMV-SEXORS[rbg] |
| 01/12/2013 | 12.10.13.Cameron Dee_BackroomFacials.mp4 |
| 01/12/2013 | pop_jessa_rhodes_720p_8000.mp4 |

EXHIBIT C

CIL18

| Hit Date UTC | Filename |
|---|---|
| 01/10/2013 | VMware-workstation-5.0.0-13124 |
| 01/10/2013 | AmateurLapdancer.12.12.13.Wild.Kitty.Paulina.Shows.Her.Tanned.Skin.XXX.READ.NFO.MP4-KTR |
| 01/10/2013 | 12.12.16.Kendall Karson_FootsieBabes_ImgZilla.mp4 |
| 01/10/2013 | Gordon.Ramsays.Ultimate.Cookery.Course.S01E01.720p.HDTV.x264-KNiFESHARP |
| 01/09/2013 | Play In Bed with Kendall Karson HD720p (reshi5531) |
| 01/09/2013 | Premium Rush 2012 DVDRip XviD-LABA |
| 01/09/2013 | iktg_cameron_dee_480p_1000-chkm8te.mp4 |
| 01/09/2013 | pop_luna_star_kd102612_368p_750.mp4 |
| 01/09/2013 | 12.10.03.Kendall_CastingCouch_ImgZilla.mp4 |
| 01/09/2013 | 18yo_madisonchandler-wmvFullHigh-1.wmv |
| 01/09/2013 | 2 Broke Girls S02E05 And the Candy Manwich  HDTV x264-LOL [VTV] |
| 01/09/2013 | 18YearsOld – Sneak In Lover – Cameron Dee.wmv |
| 01/08/2013 | Kendall Karson – Lets Get Naughty HD720p (reshi5531) |
| 01/08/2013 | 12.12.20.Cameron Dee_PervsOnPatrol_ImGzilla.wmv |
| 01/07/2013 | Amateur Allure – Dillion HD 1080p |
| 01/07/2013 | ftnasteviebilly_qt.mp4 |
| 01/07/2013 | ftnastellalogan_qt.mp4 |
| 01/07/2013 | PornStarSpa – Kendall Karson (She Wants A Massages, Gets Cock Too) |
| 01/07/2013 | FastTimes – Vanessa Cage .wmv |
| 01/07/2013 | AmateurLapdancer.12.11.12.Tereza.Fabulous.Redhead.In.Sexy.Stockings.XXX.MP4-KTR[rbg] |
| 01/07/2013 | The.Truth.About.Teens.XXX |
| 01/07/2013 | pop_casey_james_480p_2600.wmv |
| 01/06/2013 | PureMature – Playing Hooky – Tiffany.mp4 |
| 01/03/2013 | AmateurAllure – Pre Auditions 19 – Samantha Rone, Maddy.wmv |
| 01/02/2013 | The.Chronicles.of.Narnia:.The.Silver.Chair.DVDRip.JayBob.HQ |
| 01/02/2013 | X-Art – Unforgettable View Part 1 – Addison [1080p].mov |
| 01/02/2013 | Twilight.Zone.1985.S01E38.A.Matter.Of.Minutes.DVDRiP.XviD.avi |
| 12/31/2012 | 12.11.22.Macy Lee_PervsOnPatrol_ImgZilla.wmv |
| 12/31/2012 | Amateur Allure – Allie James.mov |
| 12/31/2012 | Maia Davis from Virgin Brides |
| 12/30/2012 | happily.divorced.s02e15.DSR.Subtitulado.Esp.SC.avi |
| 12/30/2012 | IKnowThatGirl Mia Malkova Some Fucking Ride.mp4 |
| 12/30/2012 | mshfcalliedanny_qt.mp4 |
| 12/30/2012 | FuckedHard18 – Eve Evans.wmv |
| 12/30/2012 | AmateurAllure – Maddy [1080p].wmv |
| 12/30/2012 | Gold.Rush.Alaska.S03E09.HDTV.x264-KILLERS |
| 12/30/2012 | Let the Music Play |
| 12/30/2012 | untitled folder |
| 12/30/2012 | U2 [All That You Cant Leave Behind] |
| 12/30/2012 | KMS Activator |
| 12/30/2012 | Snow White and The Huntsman [2012]DVDRip XviD-ETRG |

EXHIBIT C

CIL18

| Hit Date UTC | Filename |
|---|---|
| 12/30/2012 | Amateur Allure – Anikka HD 1080p |
| 12/28/2012 | FuckedHardGFs.12.10.02.Whitney.Beach.Time.XXX.720p.WMV-KTR[rbg] |
| 12/27/2012 | Glary Utilities PRO 2.50.0.1632 |
| 12/27/2012 | Take5-Girls.12.09.13.Ariel.Self.Massage.XXX.720p.MP4-KTR[rbg] |
| 12/27/2012 | Orianthi – According To You (2009)'JB59.AVI |
| 12/27/2012 | Thats My Boy (2012).ENG.AC3.wp.avi |
| 12/27/2012 | bottoms_up_big.mp4 |
| 12/27/2012 | Windows XP Home SP3 OEM.rar |
| 12/27/2012 | Continuum |
| 12/27/2012 | Mia.Malkova.Honey.Babes.2012.HD_iyutero.com.mp4 |
| 12/27/2012 | 12.12.18.Mia Malkova_TeensLikeItBig_ImgZilla.mp4 |
| 12/27/2012 | PureMature – Flexible Body – Anissa Kate.mp4 |
| 12/27/2012 | maia_davis_01.wmv |
| 12/27/2012 | Nitro Pro v8.0.6.3 + Keygen x64 and x86.zip |
| 12/27/2012 | ac-bh.iso.iso |
| 12/27/2012 | PureMature – Domestic Bliss – Capri Cavanni.mp4 |
| 12/27/2012 | Ariel.Sporty.Teen.Flexible.Solo.SmackMyBitch.2012.HD_iyutero.com.wmv |
| 12/27/2012 | X-Art – Unforgettable View Part II – Addison [1080p].mov |
| 12/27/2012 | [Nipponsei] Kokoro Connect Original Soundtrack.zip |
| 12/27/2012 | namkortneyderrick_qt.mp4 |
| 12/27/2012 | CumLouder – Summer boobs – Valery Summer [720p].mp4 |
| 12/27/2012 | Casting Couch X – Mia Malkova |
| 12/27/2012 | FuckedHard18 – Ashley Grace.wmv |
| 12/27/2012 | Hit And Run 2012 720p H264 [Eng] johno70 |
| 12/27/2012 | Mission.Impossible.Ghost.Protocol.2011.FRENCH.BRRiP.XviD-AVS.avi |
| 12/27/2012 | The.House.I.Live.In.(2012).BDRip.XviD.AC3 |
| 12/27/2012 | Wreck-It.Ralph.(2012).DvDrip[FR-SUB]-NikonXp |
| 12/27/2012 | PAWG – White Girl With Round Butts Rock – Mia Malkova.mp4 |
| 12/27/2012 | How to hack Facebook accounts 3 Steps |
| 12/27/2012 | www.torrent.to...Aegypten.Die.Mumien.der.Christen.German.DOKU.WS.dTV.XviD-UTOPiA |
| 12/27/2012 | The.Possession.DVDRip.XvidAC3[5.1].mp4 |
| 12/27/2012 | [ www.TorrentDay.com ] – NTSF.SD.SUV.S02E12.HDTV.x264-2HD |
| 12/27/2012 | 12.12.13.Monique Alexander_doctorAdventures_ImgZilla.mp4 |
| 12/27/2012 | I Filmed Something Even Better – Kortney Kane |
| 12/18/2012 | pos10799_800.mp4 |
| 12/08/2012 | Pawg  Dayna Vendetta |
| 12/04/2012 | PickupFuck – Shy teen blonde in pickup fuck video – Marika [720p].mp4 |
| 11/30/2012 | Paul_Jorion_le_temps_qu_il_fait_2012_08_17.mp4 |
| 11/30/2012 | Blow Me Sandwich 15 (2012) [DVDRip][WwW.ZoNaTorrent.CoM].avi |
| 11/28/2012 | btiu_mackenzee_pierce02_480p_1000.mp4 |
| 11/28/2012 | Never Enough with Megan Coxx HD720p (reshi5531) |

EXHIBIT C

CIL18

| Hit Date UTC | Filename |
|---|---|
| 11/27/2012 | Thor[2011]DvDrip[Eng]-FXG |
| 11/27/2012 | Homeland.S01E02.HDTV.XviD-FQM.avi |
| 11/25/2012 | Kendall Karson - MassageGirls18 |
| 11/24/2012 | Exxxtra.Small.Chicks.Fucking.Huge.Dicks.XXX.DVDRip.XviD-UPPERCUT |
| 11/24/2012 | Transformers Dark of the Moon 2011 DVDRip XVID - NOVA |
| 11/24/2012 | The Big Bang Theory Season 1 - kashyap7290 |
| 11/24/2012 | MyPickupGirls-Natasha fuck in forsaken building ( Bella ) |
| 11/24/2012 | X-Art - Tarde Espanola - Addison [720p].mp4 |
| 11/24/2012 | plib_jenni_lee02_480p_1000.mp4 |
| 11/24/2012 | X-Art - Kristen (Girl Next Door) 720p.wmv |
| 11/24/2012 | di10674_800.mp4 |
| 11/24/2012 | mlib_julia_mandy_480p_1000.mp4 |
| 11/24/2012 | X-Art - Formidable Beauty - Beatrice [1080p].mp4 |
| 11/24/2012 | Invasion.S01E12.HDTV.XviD-LOL.avi |
| 11/24/2012 | PickupFuck  Yuki |
| 11/24/2012 | College.Girls.Like.It.Dirty |
| 11/24/2012 | nbwtasharichie_1080.mp4 |
| 11/12/2012 | Zero Ward (2673) |
| 11/12/2012 | 11.11.11 |
| 11/12/2012 | Kiss Me Deadly [+Bonus Tracks] |
| 11/12/2012 | Taken 2 (2012) NEW SOURCE CrEwSaDe |
| 11/10/2012 | Contortionist_Gymnast_Miley_Ann_Gets_Flexible_For_A_Ride.wmv |
| 11/05/2012 | 12.08.23.Jessi Andrews_Emma Mae_WeLiveTogether.mp4 |
| 11/01/2012 | Paranormal.Activity.A.Hardcore.Parody.XXX.DVDRip.XviD-STARLETS |
| 11/01/2012 | MassageGirls18 - Bettina DiCapri.wmv |
| 10/31/2012 | mwhfevitamick_qt.mp4 |
| 10/30/2012 | Ransom (Mel Gibson) Xvid.avi |
| 10/30/2012 | very sweet and sexy 18 years old college girl with tight pussy fucked by lucky guy full video.avi |
| 10/30/2012 | X-Art - Unbelievably Beautiful - Silvie [1080p].mov |
| 10/30/2012 | Brazzers-Dayna Vendetta (If I'm Fired... You're Fucked) |
| 10/29/2012 | gorod.v.ogne.2011.DVDRip.avi |
| 10/29/2012 | Resident Evil Retribution.2012.DVDRip.XviD-DOSE |
| 10/29/2012 | FuckedHard18 - Bettina Dicapri.wmv |
| 10/29/2012 | Flexible Body_750.mp4 |
| 10/29/2012 | Jack's POV 18-Kayden Kross.avi |
| 10/29/2012 | Setup.exe |
| 10/29/2012 | whitney_gf.ru.mp4 |
| 10/29/2012 | Chase.2010.S01E11.HDTV.XviD-2HD |
| 10/28/2012 | The.Raven.2012.BRRip.XviD.AC3.HMD.avi |
| 10/28/2012 | prnfle632x |
| 10/28/2012 | YoungSexParties - Teens Drink Champagne And Fuck .mp4 |

EXHIBIT C

CIL18

| Hit Date UTC | Filename |
|---|---|
| 10/28/2012 | MyDadsHotGirlfriend - Aletta Ocean.avi |
| 10/28/2012 | Dream House (Eng) 2011 XVid |
| 10/28/2012 | The.Lucky.One.2012.TS.XViD-TASTE |
| 10/28/2012 | RealExGirlfriends - Danni Dillion.wmv |
| 10/25/2012 | BackroomCastingCouch.E226.Audrina.XXX.HR.WMV-KTR[rbg] |
| 10/15/2012 | Milana_RubATeen_Wasnt_expecting_that.wmv |
| 10/14/2012 | Dirty Masseur-APRIL O'NEIL |
| 10/14/2012 | Presley__20csb.avi |
| 10/14/2012 | Please.Dont.Tell.XXX.DVDRip.XviD-Jiggly.avi |
| 10/13/2012 | Diablo III Collectors Edition CRACKED |
| 10/13/2012 | How To Play Backup Games On Xbox 360 Whithout Modchip |
| 10/11/2012 | Gangnam Style (?????) |
| 10/11/2012 | Ice.Road.Truckers.S04E13.Convoy.to.Hell.HDTV.XviD-MOMENTUM |
| 10/11/2012 | ih_heatsca_0910.mp4 |
| 10/11/2012 | Laurel and Hardy - Any Old Port! (1932).avi |
| 10/11/2012 | csbnatashamark.mp4 |
| 10/11/2012 | Creating.a.Website.The.Missing.Manual[A4] |
| 10/11/2012 | Gagalicious - Britney Beth Gets Extreme Face Fucked With Huge Tool! |
| 10/10/2012 | katie_brcc.mpg |
| 10/10/2012 | bmf10738_1500.mp4 |
| 10/10/2012 | brf10618_800.mp4 |
| 10/10/2012 | toni_brcc.MPG |
| 10/09/2012 | [Nipponsei] Gundam AGE ED4 Single - forget-me-not ~Wasurenagusa~ [FLOWER].zip |
| 10/09/2012 | Nederlandse Top 40 week 38 (2011) 320KB TBS |
| 10/09/2012 | Black.Snake.Moan.2006.BluRay.576p.H264 |
| 10/09/2012 | Dead Poets Society (1989) 720p Blu-ray x264 DTS MSubs [DDR] |
| 10/09/2012 | Iron Man 3 - (2013) HD DVDRip XViD AC3-REFiLL.rar |
| 10/09/2012 | Battlefield.3.CRACK.ONLY-RELOADED |
| 10/09/2012 | x-art_kaylee_ian_first_love_540.mov |
| 10/08/2012 | Blondes.Fuck.Better.XXX.DVDRip.XviD-UPPERCUT |
| 10/04/2012 | 08.09.19.Britney Brighton_18YearsOld.wmv |
| 10/03/2012 | The.Alibi.2005.LiMiTED.DVDRiP.XViD-HLS |
| 10/03/2012 | Jessie.Jordan.Joe.Blow.Mark.Zane.Rob.Banks.Teen.Eye.Candy.6.SilverstoneDVD.2012_iyutero.com.mp4 |
| 10/03/2012 | The.Three.Stooges.2012.LiMiTED.DVDSCR.XViD-LmB |
| 10/03/2012 | BangBus Sydney Cross Blonde Chick Gets Fucked On BangBus.mp4 |

EXHIBIT C

CIL18